July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NEFTALI ARROYO, Appellant

NO. 14-13-00226-CV                    V.

CHASE HOME FINANCE LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Neftali Arroyo.

We further order this decision certified below for observance.